**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

GLOBALFOUNDRIES U.S. INC., GLOBALFOUNDRIES SINGAPORE PTE. LTD

*Plaintiffs*,

v.

TOWER SEMICONDUCTOR LTD., TOWER PARTNERS SEMICONDUCTOR CO. LTD., TOWER SEMICONDUCTOR ITALY S.R.L., TOWER US HOLDINGS INC., TOWER SEMICONDUCTOR NPB HOLDINGS INC., TOWER SEMICONDUCTOR NEWPORT BEACH INC., AND TOWER SEMICONDUCTOR SAN ANTONIO INC.

*Defendants*.

**Case No. 7:26-CV-00108-DC-DTG**

**JURY TRIAL DEMANDED**

## [PROPOSED] SCHEDULING ORDER

On September 30, 2026, the Court conducted a conference in the above entitled and numbered case. All parties appeared through counsel. As a result of such hearing, and pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial of this matter:

| Date | Event |
|---|---|
| October 21, 2026 | Plaintiffs serve preliminary infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiffs shall also identify the earliest priority date (i.e. the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| November 11, 2026 | Motion to Transfer (if any) |

| | |
|---|---|
| December 2, 2026 | Defendants serve preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendants contend are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendants contend are directed to ineligible subject matter under section 101. Defendants shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| February 8, 2027 | Parties exchange claim terms for construction. |
| February 22, 2027 | Parties exchange proposed claim constructions. |
| March 12, 2027 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| March 19, 2027 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| May 4, 2027 | Defendants file Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| May 25, 2027 | Plaintiffs file Responsive claim construction brief. |
| June 8, 2027 | Defendants file Reply claim construction brief. |
| June 8, 2026 | Parties to jointly email the law clerks (see OGP at 1) to confirm their *Markman* date and to notify if any venue or jurisdictional motions remain unripe for resolution. |
| June 22, 2027 | Plaintiffs file a Sur-Reply claim construction brief. |
| June 25, 2027 | Parties submit Joint Claim Construction Statement. |
| June 29, 2027 | Parties submit optional technical tutorials to the Court and technical advisor (if appointed). |
| July 8, 2027 | Markman Hearing. |
| July 9, 2027 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| August 19, 2027 | Deadline to add parties. |
| September 2, 2027 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to amend if new information is identified after initial contentions. |

| | |
|---|---|
| October 28, 2027 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion). |
| January 6, 2028 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court to arrange a teleconference with the Court to resolve the disputed issues. |
| February 3, 2028 | Close of Fact Discovery. |
| February 24, 2028 | Opening Expert Reports. |
| March 23, 2028 | Rebuttal Expert Reports. |
| April 13, 2028 | Close of Expert Discovery. |
| April 20, 2028 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| April 27, 2028 | Dispositive motion deadline and Daubert motion deadline. |
| May 11, 2028 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| May 22, 2028 | Parties to contact Court to confirm their pretrial conference and trial dates. |
| May 25, 2028 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| June 1, 2028 | Serve objections to rebuttal disclosures; file motions in limine. |
| June 8, 2028 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions in limine |
| June 15, 2028 | Deadline to meet and confer regarding remaining objections and disputes on motions in limine. |
| June 22, 2028 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. |
| June 27, 2028 | Final Pretrial Conference. Held in person unless otherwise requested. |
| July 17, 2028 | Jury Selection/Trial. |

SIGNED this _____day of _________________________, 20____.

_________________________________________

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

AGREED:

By: /s/ Clement Naples

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

Clement Naples (*admitted pro hac vice*)
cnaples@cgsh.com
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Fax: (212) 225-3999

Gregory K. Sobolski (*admitted pro hac vice*)
Thomas W. Yeh (*admitted pro hac vice*)
gsobolski@cgsh.com
tyeh@cgsh.com
650 California St., Suite 2400
San Francisco, California 94108
Telephone: (415) 796-4400
Fax: (415) 796-4499

Bert C. Reiser (*admitted pro hac vice*)
Sami Al-Marzoog (*admitted pro hac vice*)
breiser@cgsh.com
salmarzoog@cgsh.com
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500
Fax: (202) 974-1999

S. Giri Pathmanaban (SBN 24074865)
gpathmanaban@cgsh.com
1841 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 815-4100
Fax: (650) 815-4199

**JACKSON WALKER LLP**

Nathaniel St. Clair, II
Texas State Bar No. 24071564
nstclair@jw.com
2323 Ross Avenue, Ste. 600

By: /s/ Stephen R. Smith

Deron Dacus
Texas Bar No. 00790553
**THE DACUS FIRM**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Email: ddacus@dacusfirm.com

Stephen R. Smith (*pro hac vice*)
Phillip Morton (*pro hac vice*)
Patrick Lauppe (*pro hac vice*)
**COOLEY LLP**
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004-2400
Telephone: +1 202 842 7800
Facsimile: +1 202 842 7899

TowerWDTX@cooley.com

*Attorneys for Defendants*

Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822
Arthur Gollwitzer III
Texas Bar No. 24073336
agollwitzer@jw.com
Paige V. Welch
Texas State Bar No. 24138184
pwelch@jw.com
100 Congress Avenue, Suite 1100
Austin, TX 78701
Telephone: (512) 236-2204
Fax: (512) 236-2001

**ATTORNEYS FOR PLAINTIFFS**

**GLOBALFOUNDRIES U.S. INC.,**

**GLOBALFOUNDRIES SINGAPORE**

**PTE. LTD**