**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **GLOBALFOUNDRIES U.S. INC., GLOBALFOUNDRIES SINGAPORE PTE. LTD.** | § § § | **NO: MO:26-CV-00108-DC-DTG** |
| | § | |
| **vs.** | § | |
| **TOWER PARTNERS SEMICONDUCTOR CO. LTD., TOWER SEMICONDUCTOR NPB HOLDINGS INC., TOWER SEMICONDUCTOR ITALY S.R.L., TOWER SEMICONDUCTOR LTD., TOWER US HOLDINGS INC., TOWER SEMICONDUCTOR NEWPORT BEACH INC., TOWER SEMICONDUCTOR SAN ANTONIO INC.** *Defendant* | | |

# ORDER CANCELLING INITIAL PRETRIAL CONFERENCE HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for INITIAL PRETRIAL CONFERENCE HELD IN PERSON, on September 30, 2026 at 02:00 PM is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **23rd day of September, 2026**.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE